UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHARON FAYE WARD,

    Petitioner,

v.                                                                         Case No. 3:15cv71/LC/CJK

JULIE L. JONES,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 14, 2016. (Doc. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and the objections thereto timely filed (Doc. 18), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 17) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1), challenging the judgment of conviction and sentences in *State of Florida v. Sharon Faye Ward*, Escambia County Circuit Court Case Nos. 10-CF-2749, 10-CF-3529 and 10-CF-3530, is DISMISSED for lack of subject matter jurisdiction to the extent it challenges petitioner's conviction in Case No. 10-CF-3529, and DENIED to the extent it challenges petitioner's convictions in Case Nos. 10-CF-2749 and 10-CF-3530.

3. The clerk is directed to close the file.

4. A certificate of appealability is DENIED.

**ORDERED** on this 10th day of January, 2017.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**